UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CIBAO MEAT PRODUCTS INC.,

                        Plaintiff,               20cv2361 (JGK)

       - against -                ORDER

 DEL CARIBE MEATS INC., et al.,

                     Defendants.
_____

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until July 3, 2020. If service is not made by July 3, 2020, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
         June 23, 2020        ____/s/ John G. Koeltl_____
                              John G. Koeltl
                     United States District Judge