```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

CIBAO MEAT PRODUCTS INC,

            Plaintiff,          20cv2361 (JGK)

   - against -             <u>ORDER</u>

DEL CARIBE MEATS INC et al.,

            Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The case is dismissed without prejudice for having failed to comply with Federal Rule of Civil Procedure 4(m) despite an extension of time and a warning from the Court.

**SO ORDERED.**

**Dated:**    New York, New York
            July 27, 2020           <u>/s/ John G. Koeltl</u>
                                               John G. Koeltl
                                  **United States District Judge**